USDC SCAN INDEX SHEET

















BJR    6/9/00    14:45

3:00-CV-01162    VALDEZ V. COX COMMUNICATIONS

*1*

*CMP.*

ORIGINAL

FILED

CO JUN -8 PM 1:42

B. Reed                    DEPUTY

**MAJORS & FOX LLP**
Gary W. Majors SBN131848(Ca.)
Frank J. Fox SBN139147(Ca.)
Lawrence J. Salisbury SBN179748(Ca.)
First National Bank Bldg., 23rd Floor
401 West "A" Street, Suite 2350
San Diego, California 92101-7921
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

Attorneys for
Plaintiff, Sandra C. Valdez, on behalf of herself
and all others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. VALDEZ, on behalf of herself and all others similarly situated, | Case No. **'00 CV 01162 J (CGA)** |
| Plaintiff, | [CLASS ACTION] |
| v. | |
| COX COMMUNICATIONS, INC., a Delaware corporation, | COMPLAINT FOR, DAMAGES, INJUNCTIVE RELIEF AND RESTITUTION |
| Defendant. | |

Plaintiff Sandra C. Valdez ("plaintiff"), on behalf of herself and all others similarly situated with respect to the first through fifth causes of action, and on behalf of herself individually as to the sixth cause of action, hereby complains and alleges as follows, with paragraphs 10, 14, 15a, 15c, 33, 42, 48 being alleged on information and belief:

## PARTIES, JURISDICTION AND VENUE

1.    Plaintiff is an individual who at all relevant times has resided in the city of San Diego, in the Southern District of the State of California, and whose individual claims alleged herein arose there.

2.    Defendant Cox Communications ("COX" or "defendant") is a Delaware corporation headquartered in Georgia.



1    3.    This Court has jurisdiction over plaintiff's fifth cause of action, by virtue of

2  28 U.S.C. §1331, because the interpretation and application of a federal statute is a

3  necessary element therein.  This Court also has jurisdiction over the subject matter of

4  all causes pursuant to 28 U.S.C. §1332 because diversity of citizenship exists between

5  the parties and the amount in controversy exceeds the sum of $75,000.

6    4.    The Court also has supplemental jurisdiction over plaintiff's State statutory

7  and common law claims by virtue 28 U.S.C. §1367.

8    5.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1)

9  and (2), because the defendant resides in this District, within the meaning of subsection

10  28 U.S.C. §1391(c), and because a substantial part of the events or omissions giving

11  rise to plaintiff's claim occurred in this District.

12

13                    **GENERAL ALLEGATIONS**

14    6.    COX bills itself as "among the nation's largest broadband communications

15  companies, serving 6 million customers in more than 20 states."  While best known for

16  its cable services, it also offers various other services, including local and long distance

17  telephone service.

18    7.    In recent months, COX embarked on an aggressive marketing campaign

19  designed to grow its local telephone business.  To that end, COX mailed advertising

20  flyers to many thousands of San Diego County residents offering to provide local

21  telephone service at rates lower than those of the current provider, Pacific Bell.

22    8.    In response to this offer, plaintiff contacted COX and requested her local

23  telephone service be changed from Pacific Bell to COX.  Plaintiff provided her personal

24  information and opted to remain "unlisted," as she had been with her former provider, in

25  large part because plaintiff had been a victim of domestic violence in the past and had

26  obtained a restraining order against her ex-husband.  Moreover, because plaintiff

27  feared for her safety should her personal information be made available to anyone, she

28  ///

Majors & Fox LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA  92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 2 -

Complaint for Damages, Injunctive Relief and Restitution

1   also requested and received a personal identification number ("PIN number") that was

2   to be used by anyone attempting to access or alter her personal information.

3        9.    COX assured her that it would maintain the confidentiality of the

4   information provided and would not list her information in any published telephone

5   directory or in the 411 Information Directory.

6        10.    Notwithstanding its promise to the contrary, COX thereafter released

7   plaintiff's personal information to Pacific Bell for inclusion in its recent white pages

8   telephone directory.  The same information was also included in the database used for

9   the 411 Information Directory.  On information and belief, more than 400,000 of the

10  Pacific Bell white pages telephone directories have been distributed to San Diego

11  County residents.

12

13                          **CLASS ALLEGATIONS**

14       11.    Plaintiff brings this action on behalf of herself, as an individual, and on

15  behalf of all other persons similarly situated pursuant to Rule 23 of the Federal Rules of

16  Civil Procedure.

17       12.    Class members as to plaintiff's first, second, third, fourth and fifth causes

18  of action include all COX customers in California whose "unlisted" personal information

19  was released for inclusion in Pacific Bell's recent white pages telephone directory

20  and/or the database used for the 411 Information Directory.

21       13.    Plaintiff does not seek class certification of her sixth cause of action.

22       14.    On information and belief, the exact numbers and identities of all class

23  members are readily ascertainable from the records of COX.

24       15.    This action has been brought and may properly be maintained as a class

25  action pursuant to the provisions of the FRCP Rule 23 because there is a well-defined

26  community of interest in the litigation and the proposed class is easily ascertainable:

27            a.    Numerosity:  On information and belief, the plaintiff class is so

28                numerous that the individual joinder of all members would be impracticable.

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1060
Facsimile: (619) 234-1011

- 3 -

Complaint for Damages, Injunctive Relief and Restitution

1    While the exact number of class members is unknown to plaintiff at this time,

2    plaintiff is informed and believes that class members as to each of plaintiff's first

3    five causes of action number in excess of 11,000.

4         b.    Common Questions Predominate:  Common questions of law and

5    fact exist as to all members of the plaintiff class, and those questions clearly

6    predominate over any questions which might affect members individually.  These

7    common questions of law and fact include, for example,

8              i.      whether defendant breached its contracts with class

9         members by releasing their personal information for inclusion in Pacific

10        Bell's recent white pages telephone directory and/or the database used

11        for the 411 Information Directory;

12             ii.     whether defendant's actions have violated California's

13        Consumer Legal Remedies Act; and

14             iii.    whether defendant's actions have violated 47 U.S.C.S.

15        §222.

16        c.    Typicality:  On information and belief, plaintiff's claims are typical of

17   the claims of the members of the plaintiff class.  Plaintiff and all members of the

18   plaintiff class sustained injuries arising out of defendant's common course of

19   conduct complained of herein.

20        d.    Adequacy:  Plaintiff will fairly and adequately protect the interest of

21   the members of the plaintiff class since plaintiff has no interests which are

22   adverse to the interests of absent class members and since plaintiff has retained

23   counsel who have substantial experience and success in the prosecution of

24   class actions and violations of consumer statutes.

25        e.    Superiority:  A class action is superior to other available means for

26   the fair and efficient adjudication of this controversy since individual joinder of all

27   members would be impracticable.  Class action treatment will permit a large

28   number of similarly situated persons to prosecute their common claims in a

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 4 -

1    single forum simultaneously, efficiently and without the unnecessary duplication

2    of effort and expense that numerous individual actions would engender.

3    Furthermore, since most class members' individual claims for damages are likely

4    to be modest, the expenses and burdens of litigating individual actions would

5    make it difficult or impossible for individual members of the class to redress the

6    wrongs done to them.  An important public interest will be served by addressing

7    the matter as a class action, substantial economies to the litigants and to the

8    judicial system will be realized, and the potential for inconsistent or contradictory

9    judgments will be avoided.

10

11                **FIRST CAUSE OF ACTION**

12          **(Breach of Contract on Behalf of All Class Members)**

13    16.    Plaintiff refers to and incorporates by this reference all allegations set

14    forth in paragraphs 1 through 15 above.

15    17.    As set forth in more detail above, defendant, in contracting to provide local

16    telephone service to class members, agreed to preserve the confidentiality of personal

17    information concerning plaintiff and other class members.

18    18.    Plaintiff entered into a contract with defendant to purchase COX local

19    telephone service within the past year, and has maintained COX telephone service

20    since then.

21    19.    Despite plaintiff's performance of all conditions, covenants and promises

22    on her part to be fulfilled under the contract, defendant has breached that contract by

23    failing to preserve the confidentiality of class members' personal information by

24    maintaining their "unlisted" status.

25    20.    As a direct and proximate result of defendant's' breach of contract, as

26    alleged above, plaintiff and other class members have been injured in that their

27    personal information has been made available to the general public by its inclusion in

28    both Pacific Bell's recent white pages telephone directory and the database used for the

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-4000
Facsimile: (619) 234-1011

- 5 -

Complaint for Damages, Injunctive Relief and Restitution

1 | 411 Information Directory and class members have therefore had to incur expenses

2 | associated with changing their telephone numbers and/or relocating their residence.

3 |     21.    Therefore, by this cause of action, the representative plaintiff seeks to

4 | recover, on her own behalf and on behalf of the class, damages in an amount presently

5 | unknown.

6 |

7 | **SECOND CAUSE OF ACTION**

8 | **(Negligence *per se* on Behalf of All Class Members)**

9 |     22.    Plaintiff refers to and incorporates by this reference all allegations set

10 | forth in paragraphs 1 through 21 above.

11 |     23.    As set forth in more detail above, all class members herein specifically

12 | requested that COX preserve the confidentiality of class members' personal information

13 | by maintaining their "unlisted" status, and COX agreed to do so.

14 |     24.    At that time and place there was in effect a United States statute, to wit,

15 | 47 U.S.C.S. §222, which confers, in relevant part, a duty on a telecommunications

16 | carrier such as COX to protect the confidentiality of proprietary information of its

17 | customers.

18 |     25.    COX breached that statutory duty by failing to preserve the confidentiality

19 | of class members' "unlisted" personal information.

20 |     26.    As a direct and legal result of COX's negligence, class members have

21 | been injured in that they have had to incur expenses associated with changing their

22 | telephone numbers and/or relocating their residence.

23 |

24 | **THIRD CAUSE OF ACTION**

25 | **(Violation of California Civil Code**
   | **§1770 *et seq.* on Behalf of All Class Members)**

26 |

27 |     27.    Plaintiff refers to and incorporates by this reference all allegations set

28 | forth in paragraphs 1 through 26 above.

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 6 -

Complaint for Damages, Injunctive Relief and Restitution

1    28.    Plaintiff files herewith as Exhibit "A" the venue affidavit required under

2    Civil Code §1780(c) for actions brought under California's Consumer Legal Remedies

3    Act, Civil Code §1750 et seq.

4    29.    At the time of and in connection with the transactions that give rise to this

5    lawsuit, plaintiff was a "consumer" within the meaning of §1761(d) of California's Civil

6    Code.

7    30.    At the time of and in connection with the transactions that give rise to this

8    lawsuit, the service sold by defendant to plaintiff was a "service" within the meaning of

9    §1761(a) of California's Civil Code.

10    31.    The unlawful actions taken by defendant, as hereinabove alleged,

11    constitute "unfair or deceptive acts or practices" under California law in that such

12    conduct directly violates Civil Code §1770(a)(14).

13    32.    All such unfair or deceptive acts or practices undertaken by defendant

14    were intended to result in the sale of services to plaintiff and others similarly situated.

15    33.    On information and belief, the same such unfair and deceptive acts are

16    regular and recurring business practices of defendant and will continue as such unless

17    and until the Court enters an order enjoining such methods, acts or practices.

18    34.    Plaintiff suffered damage as a result of the use of those unlawful

19    methods, acts and practices in that plaintiff and others similarly situated have had their

20    personal information made available to the general public by its inclusion in both Pacific

21    Bell's recent white pages telephone directory and the database used for the 411

22    Information Directory and have therefore had to incur expenses associated with

23    changing their telephone numbers and/or relocating their residence.

24    35.    Accordingly, pursuant to Civil Code §1782(d), plaintiff will amend this

25    Complaint, not less than 30 days after commencement of this action for injunctive relief,

26    for the purpose of adding a request for damages, including punitive damages.

27    ///

28    ///

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 7 -

Complaint for Damages, Injunctive Relief and Restitution

1   36.   Pursuant to §1780(d) of the Civil Code, plaintiff is also entitled to an order

2   requiring defendant to pay plaintiff's attorneys' fees and court costs associated with this

3   litigation.

4

5   **FOURTH CAUSE OF ACTION**

6   **(Violation of California Business & Professions
    Code §17200 *et seq.* Based on State Statutory**

7   **and Common Law on Behalf of All Class Members)**

8   37.   Plaintiff refers to and incorporates by this reference all allegations set

9   forth in paragraphs 1 through 36 above.

10   38.   Defendant has engaged in a pattern of "unlawful" business practices,

11   within the meaning of *California Business & Professions Code §17200*, by violations of

12   state statutory and common law by:

13       a.   undertaking actions which result in a breach of their contracts in

14   California and elsewhere;

15       b.   acting negligently in breach of a statutory duty; and

16       c.   acting in violation of California Civil Code §1770(a)(14).

17   39.   Besides being unlawful, defendant's conduct alleged herein is "unfair"

18   within the meaning of §17200 inasmuch as such conduct offends public policy in this

19   State, has no utility or rational justification, and is substantially injurious to consumers.

20   40.   Defendant has engaged in these unlawful and unfair business practices

21   for the purpose of inducing the public to purchase COX's local phone service.

22   41.   *Defendant has received unearned commercial benefits, at the expense of*

23   the public, as a result of their employment of unlawful and unfair business practices,

24   including repeated and widespread violations of Business & Professions Code §17200

25   *et seq.*

26   ///

27   ///

28   ///

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 8 -

Complaint for Damages, Injunctive Relief and Restitution

1    42.    On information and belief, defendant's unlawful and unfair business

2    practices are ongoing and, unless enjoined under Business & Professions Code

3    §17203, are likely to continue to deceive and harm a substantial portion of the general

4    public.

5    43.    Accordingly, defendant must be compelled to disgorge its ill-gotten gains

6    and thus to make restitution to all persons who, within the past four years, have been

7    victimized by COX's violations of state statutory and common law with respect to the

8    confidentiality of customer information.

9    44.    In prosecuting this action for the enforcement of important rights affecting

10   the public interest, plaintiff seeks to recover attorneys' fees under (i) §1021.5 of the

11   Code of Civil Procedure, and/or (ii) under the "common fund" doctrine available to a

12   prevailing plaintiff who wins restitutionary relief for the general public.

13

14                          **FIFTH CAUSE OF ACTION**

15                **(Violation of California Business & Professions
                   Code §17200 *et seq.* Based on Federal**
16                **Statutory Law on Behalf of All Class Members)**

17   45.    Plaintiff refers to and incorporates by this reference all allegations set

18   forth in paragraphs 1 through 15 above.

19   46.    Defendant has engaged in a pattern of "unlawful" business practices,

20   within the meaning of California Business & Professions Code §17200 by violation of

21   federal law in that defendant has failed to preserve the confidentiality of customer

22   information as required by 47 U.S.C.S. § 222.

23   47.    Defendant has received unearned commercial benefits, at the expense of

24   the public, as a result of its employment of unlawful business practices, including

25   repeated and widespread violations of Business & Professions Code §17200 *et seq.*

26   48.    On information and belief, defendant's unlawful and unfair business

27   practices are ongoing and, unless enjoined under Business & Professions Code

28   §17203, are likely to continue to harm the general public.

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 9 -

1   49.   Accordingly, defendant must be compelled to disgorge its ill-gotten gains

2   and thus to make restitution to all persons who, within the past four years, have been

3   victimized by COX's statutory failure to preserve the confidentiality of customer

4   information in accordance with 47 U.S.C. § 222.

5   50.   In prosecuting this action for the enforcement of important rights affecting

6   the public interest, plaintiff seeks to recover attorneys' fees under (i) §1021.5 of the

7   Code of Civil Procedure, and/or (ii) under the "common fund" doctrine available to a

8   prevailing plaintiff who wins restitutionary relief for the general public.

9

10   **SIXTH CAUSE OF ACTION**

11   **(Negligent Infliction of Emotional
Distress on Behalf of Plaintiff Individually)**

12

13   51.   Plaintiff refers to and incorporates by this reference all allegations set

14   forth in paragraphs 1 through 10 above.

15   52.   As set forth in more detail above, defendant, in contracting to provide local

16   telephone service to class members, agreed to preserve the confidentiality of personal

17   information concerning plaintiff.

18   53.   Plaintiff entered into a contract with defendant to purchase COX local

19   telephone service within the past year, and has maintained COX telephone service

20   since then.

21   54.   Despite plaintiff's performance of all conditions, covenants and promises

22   on her part to be fulfilled under the contract, defendant has breached that contract by

23   failing to preserve the confidentiality of plaintiff's personal information by maintaining

24   her "unlisted" status.

25   55.   COX knew or should have known that its failure to exercise due care in

26   maintaining the confidentiality of plaintiff's personal information could cause plaintiff

27   severe emotional distress.

28   ///

Majors & Fox LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 10 -

Complaint for Damages, Injunctive Relief and Restitution

1   56.   COX also has a constitutional duty to protect plaintiff's individual right to

2   privacy. At the same time there was in effect a United States statute, to wit, 47

3   U.S.C.S. §222, which confers, in relevant part, a duty on a telecommunications carrier

4   such as COX to protect the confidentiality of proprietary information of its customers.

5   57.   COX breached those duties by failing to preserve the confidentiality of

6   plaintiff's personal information by maintaining her "unlisted" status. In the context of

7   this particular plaintiff's situation, COX's breach was of such a kind that serious

8   emotional disturbance was a likely result, especially because the express object of

9   plaintiff's maintenance of her "unlisted" status was to preserve her physical, emotional

10  and mental well-being against a known threat.

11  58.   Because of COX's breach of its duty to her, plaintiff reasonably fears for

12  her health and safety and that of her family and has thereby been injured in her health,

13  strength and activity, all of which injuries have caused, and continue to cause, plaintiff

14  great mental, physical, emotional and nervous pain and suffering, in an amount

15  presently unknown.

16

17  WHEREFORE, PLAINTIFF prays for judgment as follows:

18

19  On First Cause Of Action:

20  1.   For a determination that this cause of action may be maintained as a

21  class action, that plaintiff be designated Lead Plaintiff and that her counsel be

22  designated Lead Counsel;

23  2.   For recovery of damages for plaintiff and other class members, in an

24  aggregate amount presently unknown;

25  ///

26  ///

27  ///

28  ///

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 11 -

Complaint for Damages, Injunctive Relief and Restitution

On Second Cause Of Action:

3.       For a determination that this cause of action may be maintained as a class action, that plaintiff be designated Lead Plaintiff and that her counsel be designated Lead Counsel;

4.       For recovery of damages for plaintiff and other class members, in an aggregate amount presently unknown;

On Third Cause of Action:

5.       For a determination that this cause of action may be maintained as a class action, that plaintiff be designated Lead Plaintiff and that her counsel be designated Lead Counsel;

6.       For a preliminary and permanent injunction forbidding defendant from continuing to make use of the unlawful practices detailed in this lawsuit;

7.       For restitution to plaintiff and to all others who, within the past three years, have entered into agreements with defendant to purchase COX local telephone service and at the same time to maintain the confidentiality of their personal information and where COX has failed to do so;

8.       For the recovery of reasonable attorneys' fees pursuant to Civil Code §1780(d);

On Fourth Cause of Action:

9.       For a determination that this cause of action may be maintained as a class action, that plaintiff be designated Lead Plaintiff and that her counsel be designated Lead Counsel;

10.       For a preliminary and permanent injunction forbidding defendant from continuing to make use of the unfair and unlawful business practices alleged herein;

11.       For disgorgement of ill-gotten gains defendant has procured by use of such unfair and/or unlawful business practices;

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 12 -

Complaint for Damages, Injunctive Relief and Restitution

1       12.    For restitution to plaintiff and to all others who, within the past four years,

2   have entered into agreements with defendant to purchase COX local telephone service

3   and at the same time to maintain the confidentiality of their personal information and

4   where COX has failed to do so;

5       13.    For the recovery of reasonable attorneys' fees (i) under §1021.5 of the

6   Code of Civil Procedure, and/or (ii) under the "common fund" doctrine available to a

7   prevailing plaintiff who wins restitutionary damages for the general public;

8

9   On Fifth Cause of Action:

10      14.    For a determination that this cause of action may be maintained as a

11  class action, that plaintiff be designated Lead Plaintiff and that her counsel be

12  designated Lead Counsel;

13      15.    For a preliminary and permanent injunction forbidding defendant from

14  continuing to make use of the unfair and unlawful business practices alleged herein;

15      16.    For disgorgement of ill-gotten gains defendant has procured by use of

16  such unfair and/or unlawful business practices;

17      17.    For restitution to plaintiff and to all others who, within the past three years,

18  have entered into agreements with defendant to purchase COX local telephone service

19  and at the same time to maintain the confidentiality of their personal information and

20  where COX has failed to do so;

21      18.    For the recovery of reasonable attorneys' fees (i) under §1021.5 of the

22  Code of Civil Procedure, and/or (ii) under the "common fund" doctrine available to a

23  prevailing plaintiff who wins restitutionary damages for the general public;

24

25  On Sixth Cause of Action:

26      19.    For recovery of general damages for plaintiff;

27  ///

28  ///

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 13 -

Complaint for Damages, Injunctive Relief and Restitution

1 | <u>On All Causes of Action</u>

2 |     20.   For costs of suit herein; and

3 |     21.   For such other and further relief as the Court may deem just and proper.

4 |

5 | DATED:  June 8, 2000               MAJORS & FOX

6 |

7 |

8 | By:_____
                      Gary W. Majors

9 | Attorneys for Plaintiff, Sandra C. Valdez, on
behalf of herself and all others similarly situated

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA 92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

Complaint for Damages, Injunctive Relief and Restitution

1
2

## DEMAND FOR JURY TRIAL

3          Plaintiff hereby demands a trial by jury on all issues suitable for jury

4   determination.

5

6   DATED:  June 8, 2000                          MAJORS & FOX

7

8                                                 By:_____

9                                                     Gary W. Majors

10                                                Attorneys for Plaintiff, Sandra C. Valdez, on
                                                  behalf of herself and all others similarly situated

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAJORS & FOX LLP
First National Bank Bldg.
401 West "A" St., Ste. 2350
San Diego, CA  92101
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

- 15 -

Complaint for Damages, Injunctive Relief and Restitution

JS44
(Rev 07 89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SANDRA C. VALDEZ | 00 JUN -8 PM 1:41 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
BY:                              DEPUTY
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gary W. Majors
MAJORS & FOX
401 West "A" Street, Suite
San Diego, CA 92101    2350

ATTORNEYS (IF KNOWN)

'00 CV 01162 J  (CGA)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. CAUSE OF ACTION**
05.0552 pa
47USC 222 Preserving the privacy of consumer information.

**VI. ORIGIN**
☒ 1 Original Proceeding

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
JURY DEMAND: ☒ YES ☐ NO

ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

# 060451