








```
RYC    10/12/00    9:59
3:00-CV-01162    VALDEZ V. COX COMMUNICATIONS
*9*
*O.*
```

ORIGINAL

**MAJORS & FOX** LLP
Gary W. Majors SBN131848(Ca.)
Frank J. Fox SBN139147(Ca.)
Lawrence J. Salisbury SBN179748(Ca.)
First National Bank Bldg., 23rd Floor
401 West "A" Street, Suite 2350
San Diego, California 92101-7921
Telephone: (619) 234-1000
Facsimile: (619) 234-1011

Attorneys for
Plaintiff, Sandra C. Valdez, on behalf of herself
and all others similarly situated

FILED
[stamp: CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA C. VALDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 00cv01162J(CGA)<br><br>[CLASS ACTION]<br><br>REQUEST FOR ENTRY OF DISMISSAL |

Plaintiff Sandra C. Valdez hereby requests that this case be dismissed without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: October 6, 2000         MAJORS & FOX

By: _____
Lawrence J. Salisbury

Attorneys for Plaintiff, Sandra C. Valdez, on
behalf of herself and all others similarly situated

IT IS SO ORDERED

_____
JUDGE OF THE U.S. DISTRICT COURT
NAPOLEON A. JONES, JR.

ENTERED ON 10-12-00    00cv1162J(CGA)

Request for Dismissal